UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22435-GAYLES

UNITED STATES OF AMERICA,
      Plaintiff,

  v.

DANAIS VOLCY,
 a/k/a Obes Jeanty, a/k/a Jeune Jeanty,
      Defendant.
_____/

## FINAL JUDGMENT

The Court, having granted Plaintiff's Motion for Judgment on the Pleadings on Count III of the Complaint pursuant to Federal Rule of Civil Procedure 12(c) [ECF No. 14], hereby

**ORDERS**, as follows, in accordance with 8 U.S.C. § 1451:

1. Defendant Danais Volcy, a/k/a Jeune Jeanty, a/k/a Obes Jeanty, procured his United States citizenship through willful misrepresentation and concealment of material facts;

2. The order admitting Defendant to United States citizenship is revoked and set aside, and Defendant's Certificate of Naturalization No. 29477888 is canceled;

3. Defendant is no longer a United States citizen, effective as of the date of the original order and Certificate of Naturalization, June 14, 2006;

4. Defendant is forever restrained and enjoined from claiming or exercising any rights, privileges, benefits, or advantages of United States citizenship based on his June 14, 2006 naturalization;

5. Defendant is forever restrained and enjoined from claiming or exercising any rights, privileges, benefits, or advantages of United States citizenship under any document that evidences United States citizenship based on his June 14, 2006 naturalization;

6. Defendant shall immediately surrender and deliver to the United States Attorney General his original Certificate of Naturalization No. 149477888, any United States passport issued to him, and any other indicia of United States citizenship, including any copies thereof, in his possession or control. Defendant shall immediately make good faith efforts to recover and then surrender to the United States Attorney General any and all of the above-described items that he knows are in the possession of others;

7. Defendant shall deliver the items described above (his original Certificate of Naturalization, original United States passport, any other indicia of United States citizenship, and all copies thereof) to the United States Attorney General by sending them to the United States Attorney General's representative at the following address:

Troy D. Liggett
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044-0868

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of November, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE